FARRAGUT GARAGE SERVICE, INC., Landlord, Appellant, v. MITCHEL POLLACK,

Tenant. BEN GOLDBERG and Others, Undertenants, Respondents.— Order of Appellate Term unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.